North. Mfg. Manchester Furn Co....... 19277
Northeast O. & G. Co. v. Hellenic P. &
   G. Co. ............................ 19477
Rarey v. Schmidt .................... 19794
Robert Mitchell Furn. Co. v. Guffey.... 19683
South. Surety Co. v. Chambers et...... 19656
State v. Butler ..................... 19698

## CASES DECIDED
### GENERAL DOCKET

19374—Dayton (City) et v. S. S. Kresge Co. of Dayton; error to the Montgomery Appeals. Judgment reversed. Jones, Matthias, Day, Allen and Robinson, JJ., concur. Kinkade, J., dissents. Dock. 10-8-25.

19431—C. L. Stacey v. Fidelity & Casualty Co.; error to Huron Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day and Kinkade, JJ., concur. Dock. 11-20-25; 3 Abs. 738; OS. Pend. 4 Abs. 45; OA. 3 Abs. 652.

19620—Edward C. Stanton, Prosecuting Attorney, v. Tax Commission of Ohio; error to the Cuyahoga Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Allen, J., not participating. Dock. 2-9-26; 4 Abs. 128; OA. 3 Abs. 202.

19659—State, ex rel. Cleveland Ry. Co. v. Willis Vickery et al; in mandamus. Writ denied. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-3-26; 4 Abs. 176.

19631—State, ex rel. Mahoning Bus Co. v. George A. Gessner, Judge; in prohibition. Demurrer to the petition sustained. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Marshall, CJ., and Allen, J., concur in judgment. Dock. 2-22-26; 4 Abs. 142.

19661—State, ex rel. Joseph O. Fritz, Prosecuting Attorney, v. Seth Gongwer, County Auditor; in mandamus. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-4-26; 4 Abs. 176.

19671—State, ex rel. Logan Gas Co., v. Public Utilities Commission; in mandamus. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-9-26; 4 Abs. 176.

### MOTION DOCKET

19277—Northern Mfg. Co. v. Manchester Furniture Co. Motion for Adams Appeals to certify. Overruled. Dock. 7-21-25; 3 Abs. 466.

19477—Northeastern Oil & Gas Co. v. Hellenic Petroleum & Gas Co. Motion by plaintiff to dispense with printing record. Allowed. Dock. 12-11-25; 3 Abs. 762.

19648—George B. Harris, a Taxpayer of Cuyahoga county, v. Charles B. Stannard et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-1-26; 4 Abs. 160.

19656—Southern Surety Co. v. Frank Chambers et. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 3-3-26; 4 Abs. 176.

19664—A. L. Boyer et al. v. Selig Fink et al. Motion for Summit Appeals to certify. Overruled. Dock. 3-4-26; 4 Abs. 176; OS. Pend. 4 Abs. 242.

19666—William J. Bowman v. William A. Lemon. Motion for Hamilton Appeals to certify. Allowed. Dock. 3-5-26; 4 Abs. 176; OS. Pend. 4 Abs. 261.

19675—Alta M. Algire v. B. D. Sparling, Admr. Motion for Hancock Appeals to certify. Overruled. Dock. 3-10-26; 4 Abs. 192.

19683—Robert Mitchell Furniture Co. v. Clara Guffey. Motion for Hamilton Appeals to certify. Overruled. Dock. 3-11-26; 4 Abs. 192.

19687—Frank B. Jennings v. Thomas Mfg. Co. Motion for Montgomery Appeals to certify. Overruled. Dock. 3-12-26; 4 Abs. 192.

19688—F. A. Jackson, County Treasurer, of Green county, et al. v. Board of Education of Cedarville Township Rural School District, Greene County, Ohio. Motion for Greene Appeals to certify. Allowed. Dock. 3-13-26; 4 Abs. 192.

19689—Myrtle G. Geller v. Blanche L. Geller. Motion for Lucas Appeals to certify. Allowed. Dock. 3-15-26; 4 Abs. 192.

19697—Philip Ball v. Charles T. Best, as Extr., etc. Motion for Stark Appeals to certify. Overruled. Dock. 3-19-26; 4 Abs. 192.

19698—State of Ohio v. Joseph Butler. Motion for leave to file bill of exceptions to Common Pleas Court of Putnam county. Overruled. Dock. 3-20-26; 4 Abs. 192; OA. 3 Abs. 236.

19704—City View Apartment Co. v. John Neiss. Motion for Summit Appeals to certify. Overruled. Dock. 3-22-26; 4 Abs. 208.

19724—Declan Allen v. State of Ohio. Motion for leave to file petition in error to the Lucas Appeals. Overruled. Dock. 3-29-26; 4 Abs. 223.

19782—City of Hamilton v. Hamilton Utilities Co., a Corporation, et al. Motion for temporary restraining order. Allowed. Dock. 4-20-26; 4 Abs.

19794—Lulu Rarey v. Beatrice Schmidt. Motion by plaintiff to dispense with reproduction of exhibits. Allowed. Dock. 4-27-26; 4 Abs.